# EXHIBIT B

## Rick DeAvila

**From:** John.Giordano@TPS.SPX.COM
**Sent:** Wednesday, September 15, 2004 2:19 PM
**To:** rickdeavila@alerion.com
**Subject:** Closing Statement

**Tiros Consolidated Financial Statements**
**Adjusted Closing Statement**

| | Tiros Corp 6/25/2004 | Tiros Sdn Bhd | DR Eliminations | CR Eliminations | Consolidated 6/25/2004 | |
|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | |
| Cash - Sdn Bhd | | 3,574.33 | | | 3,574.33 | |
| 1200-00-1 Accounts Receivable | 99,557.42 | 16,164.31 | | | 115,721.73 | |
| 1240-00-1 Supplier Down Payments | 69,367.87 | - | | | 69,367.87 | |
| 1250-00-1 Related Party Receivable - Sdn Bhd | 57,583.93 | - | | - | 57,583.93 | |
| 1210-00-1 Unbilled Revenues | 43,426.57 | | | | 43,426.57 | |
| 1400-00-1 Inventory | 639,739.48 | - | | | 639,739.48 | |
| Inventory Reserve | (184,893.30) | - | | | (184,893.30) | |
| 1400-90-1 Work in Progress | 413,241.04 | - | | | 413,241.04 | |
| | - | - | | | - | |
| Total Current Assets | 1,138,045.01 | 19,738.64 | | | 1,157,783.65 | |
| **PROPERTY, PLANT, & EQUIPMENT** | - | | | | | |
| 1500-00-1 Vehicles | 13,370.00 | - | | | 13,370.00 | |
| 1510-00-1 Shop Equipment | 105,054.62 | 9,136.66 | | | 114,191.28 | |
| 1520-00-1 Office Equipment | 20,558.99 | | | | 20,558.99 | |
| 1530-00-1 Furniture & Fixtures | 144,194.18 | 41,671.35 | | | 185,865.53 | |
| 1540-00-1 Computer Equipment | 232,011.91 | | | | 232,011.91 | |
| 1550-00-1 Leasehold Improvements | 127,229.95 | 332.07 | | | 127,562.02 | |
| 1570-00-1 Demo/Test Equipment | 206,603.80 | | | | 206,603.80 | |
| 1598-00-1 Accumulated Amortization | (69,533.46) | | | | (69,533.46) | |
| 1599-00-1 Accumulated Depreciation | (647,359.52) | (50,281.85) | | | (697,641.37) | |
| Property, Plant and Equipment Total | 132,130.47 | 856.23 | - | | 132,988.70 | |
| 1650-00-1 Investment in Subsidiary - Tiros Sdn Bnd | 26,315.79 | - | | 26,315.79 | - | (1) |
| 1700-00-1 Security Deposits | 21,591.50 | 4,226.31 | | | 25,817.81 | |
| 1751-00-1 Prepaid Expenses | 6,658.12 | 3,448.51 | | | 10,106.63 | |
| Other Assets | 54,585.41 | 7,874.62 | | | 35,924.44 | |
| Total Assets | 1,324,749.99 | 28,271.99 | | | 1,326,699.79 | |
| 2000-00-1 Accounts Payable - Trade | 411,068.44 | 7,943.72 | | | 419,012.16 | |
| 2010-00-1 Purchase Clearing | 2,012.42 | | | | 2,012.42 | |
| Related Party Payable | - | 57,583.93 | - | | 57,583.93 | |
| | - | - | | | - | |
| 2311-00-1 Accrued Salaries & Vacation | 58,655.58 | 22,204.60 | | | 80,860.18 | |
| | - | - | | | - | |
| 2400-00-1 Unearned Revenue | 53,527.50 | | | | 53,527.50 | |
| 2411-00-1 Warranty Reserve | 11,000.00 | - | | | 11,000.00 | |
| Current Liabilities | 536,263.94 | 87,732.25 | | | 623,996.19 | |
| Total Liabilities | 536,263.94 | 87,732.25 | | | 623,996.19 | |
| Net Book Value before adjustments | 788,476.95 | (59,460.56) | | | 729,016.39 | |
| Adustments Due to TPS From Tiros Inc. | 69,230.83 | | | | 69,230.83 | |
| Adjusted Net Book Value | 719,246.12 | (59,460.56) | 656,785.56 | | 659,785.56 | |

(1) Consolidated value of Investments in Malaysian Sub

| | | |
|---|---|---|
| Target Net Book Value | $ | 717,439.00 |
| Purchase Price Adjustment Decrease | $ | (57,653.44) |
| Payment Due Tiros Inc for Lease Termination Fee | $ | 99,587.48 |
| Less Paymet Due TPS for Intel Pmt. rec's by Tiros Inc. | $ | (5,930.00) |
| Less Paymet Due TPS for AMKOR Pmt. rec's by Tiros Inc. | $ | (1,162.00) |
| Net cash Due Tiros Inc. | $ | 35,202.04 |