IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TWD Corporation, an Arizona corporation
f/k/a Tiros Corporation, an Arizona
corporation,

          Plaintiff,

v.

SPX Corporation, a Delaware corporation,

          Defendant.

Civil Action No. 05-263

**DEMAND FOR JURY TRIAL**

## DISCLOSURE STATEMENT FORM

Please check one box:

[X]  The nongovernmental corporate party, TWD Corporation f/k/a Tiros Corporation, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ]  The nongovernmental corporate parties, _____, in the above listed civil action have the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

                                                                           3 May 2005

                                        William Kelleher (DE Bar Id. # 3961)

Of counsel:
John D. Everroad
Fennemore Craig, P.C.
3003 N. Central Avenue, Suite 2600
Phoenix, Arizona 85012-2913

Ballard Spahr Andrews & Ingersoll LLP
919 N. Market Street, 12th Floor
Wilmington DE 19801
Telephone: (302) 252-4465

Attorneys for Plaintiff