AO 440 (Del Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     DELAWARE

TWD CORPORATION, an Arizona Corporation
f/k/a Tiros Corporation, an Arizona Corporation.
      Plaintiff,

**SUMMONS IN A CIVIL CASE**

v.

CASE NUMBER:    05-263

SPX CORPORATION, a Delaware corporation,
      Defendant.

TO: (Name and address of Defendant)

    SPX Corporation
    c/o Corporation Trust Co.
    1209 Orange Street
    Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    William M. Kelleher
    Ballard Spahr Andrews & Ingersoll, LLP
    919 North Market Street
    12th Floor
    Wilmington, DE 19801-3034

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                           MAY 03 2005
CLERK                                     DATE

_Evette Wala_ (signature)
(By) DEPUTY CLERK

DE_DOCS_A #4787 v1

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 5/3/05 |
| NAME OF SERVER (PRINT) FRANK JOYCE | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): PERSONALLY SERVED SPX CORPORATION by SERVING ITS REGISTERED AGENT THE CORPORATION TRUST CO, AT 1209 ORANGE St WILM DE 19801, AT 4:00 PM. PERSON ACCEPTING SERVICE: BRIAN PENROD.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/3/05
              Date

Signature of Server
PARCELS INC
4 E 7TH St
WILM DE 19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.
DE_DOCS_A #4787 v1