IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TWD Corporation, an Arizona corporation f/k/a Tiros Corporation, an Arizona corporation, <br><br> Plaintiff, <br><br> v. <br><br> SPX Corporation, a Delaware corporation, <br><br> Defendant. | § § § § § § § § § § § § <br><br> C.A. Number: 05-263 |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to District Court Local Rule 83.5, and the attached certifications, counsel for Plaintiff moves the admission *pro hac vice* of John D. Everroad, Esq. of the law firm of Fennemore Craig, P.C., 3003 N. Central Avenue, Suite 2600, Phoenix, Arizona 85012-2913 to represent the Plaintiff in this matter.

Dated: May 6, 2005

Respectfully submitted,

BALLARD SPAHR ANDREWS & INGERSOLL, LLP

_/s/ William M. Kelleher_
William M. Kelleher, Esquire (No. 3961)
919 Market Street, 12th Floor
Wilmington, DE 19801-3034
Phone: (302) 252-4465
Facsimile: (302) 252-4466

Attorneys for Plaintiff

DE_DOCS_A #4786 v1

## CERTIFICATES OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Arizona and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of the Court for any alleged misconduct that occurs in the preparation of course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

By: /s/ John D. Everroad
John D. Everroad
Fennemore Craig, P.C.
3003 North Central Avenue
Suite 2600
Phoenix, Arizona 85012-2914
Phone: (602) 916-5000
Fax: (602) 916-5999

## ORDER

Motion granted.

**BY THE COURT:**

Dated:_____      _____
United States District Court Judge

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May _6_, 2005, two copies of the attached Motion and Order for Admission Pro Hac Vice were served upon the following *via* hand delivery:

SPX Corporation
c/o Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

William M. Kelleher, Esq. (No. 3961)
Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034
Phone: (302) 252-4465

Attorneys for Plaintiff

DE_DOCS_A #4786 v1