IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| TWD Corporation, an Arizona corporation f/k/a Tiros Corporation, an Arizona corporation,<br><br>      Plaintiff,<br><br>v.<br><br>SPX Corporation, a Delaware corporation;<br><br>      Defendant. | Civil Action No. 05-263 |

## STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD

Plaintiff TWD Corporation and Defendant SPX Corporation, by their respective attorneys, hereby stipulate and agree that the due date for SPX Corporation's responsive pleading is extended from the present deadline to and including July 1, 2005.

AGREED:

_____
William M. Kelleher
BALLARD, SPAHR, ANDREWS &
INGERSOLL, LLP
12th Floor
919 North Market Street
Wilmington, DE 19801-3034

*Attorneys for Plaintiff TWD Corporation*

May 18, 2005

_____
Nancy L. Hendrickson
GARDNER CARTON & DOUGLAS LLP
191 North Wacker Drive, Suite 3700
Chicago, IL 60606

*Attorneys for Defendant SPX Corporation*

May 18, 2005

CH01/ 12424804.1