LAW OFFICES
# BALLARD SPAHR ANDREWS & INGERSOLL, LLP

919 NORTH MARKET STREET, 12TH FLOOR
WILMINGTON, DELAWARE 19801-3034
(302) 252-4465
FAX: (302) 252-4466
WWW.BALLARDSPAHR.COM

PHILADELPHIA, PA
BALTIMORE, MD
DENVER, CO
SALT LAKE CITY, UT
VOORHEES, NJ
WASHINGTON, DC

WILLIAM M. KELLEHER
DIRECT DIAL: 302-252-4460
PERSONAL FAX: 302-355-0723
KELLEHERW@BALLARDSPAHR.COM

May 19, 2005

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, DE 19810

    Re: **TWD Corporation v. SPX Corporation**
       <u>No. 05-263</u>

Dear Judge Sleet:

    Yesterday, I filed a stipulation between the parties in the above-referenced matter. In that stipulation, my client, TWD Corporation, agreed to allow Defendant SPX Corporation until July 1, 2005 to answer the Complaint. The parties believe an extension to answer is warranted because the parties are engaged in very promising settlement talks and hope to soon resolve this matter outside litigation.

                       Respectfully,

                       William M. Kelleher

WMK/km
cc: Nancy Hendrickson, Esquire
   John Everroad, Esquire

DE_DOCS_A #4864 v1