IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TWD Corporation, an Arizona corporation f/k/a Tiros Corporation, an Arizona corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SPX Corporation, a Delaware corporation,<br><br>　　　　　　Defendant. | §§§§§§§§§§§ | Civil Action No.: 05-263 |

## NOTICE OF DISMISSAL PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 41(a)

On May 3, 2005, Plaintiff TWD Corporation filed its Complaint in the above-captioned action. Defendant has not answered or otherwise moved regarding that Complaint.

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff TWD Corporation hereby dismisses this action with prejudice.

/s/ William M. Kelleher
William M. Kelleher, Esq. (No. 3961)
Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034
Phone: (302) 252-4465

John D. Everroad
Fennemore Craig, P.C.
3003 North Central Avenue
Suite 2600
Phoenix, Arizona 85012-2914
Phone: (602) 916-5000
*Of counsel*

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 5th of July, 2005, I caused two true and correct copies of the foregoing Notice of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a) to be served upon the following counsel in the manner indicated:

**VIA FIRST CLASS MAIL**
Nancy L. Hendrickson, Esquire
Gardner Carton & Douglas, LLP
191 North Wacker Drive
Suite 3700
Chicago, IL 60606

Dated: July 5, 2005         /s/ William M. Kelleher
                            William M. Kelleher, Esq. (No. 3961)

DE_DOCS_A #4984 v1